964

## GARRETT v. STATE.

No. 21292.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for murder. The punishment assessed is confinement in the state penitentiary for a period of five years.

The record is before us without statement of facts or bills of exception. No error appearing in the record, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## WHITEHURST v. STATE.

No. 21184.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

Shead & Smith, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.